# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | |
| WEYMAN HARRIS | : | Civil Action No. |
| | : | 1:08-CR-1-HL |
| Defendant. | : | |

# ORDER

On April 8, 2008, this Court granted Defendant Weyman Harris's Motion for Psychiatric Exam. To allow for the completion of the psychiatric exam, Defendant Harris's case is continued from the April term of court to the next term of court. Any delay occasioned by this Order shall be deemed excludable delay pursuant to Title 18, United States Code, Section 3161(h)(1)(A) of the Speedy Trial Act.

**SO ORDERED**, this the 10th day of April, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc