IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| WEYMAN HARRIS, | : | Criminal Action No. |
| | : | 1:08-CR-01(HL) |
| Defendant. | : | |
| | : | |
| | : | |

# ORDER

Upon the motion of Defendant and without objection from the Government, for the reasons set forth in the Motion for Continuance (Doc. 73), it is hereby ordered that the case be continued from the January term of court to the next term of court. In support of this Order the Court finds that:

1.

Defendant is scheduled for pre-trial conference on January 12, 2009, and scheduled for trial on January 20, 2009.

2.

Defendant Harris is undergoing a mental health evaluation. Federal Bureau of Prisons is Lexington, Kentucky has represented by letter dated November 12, 2008, that such evaluation will be completed by January 23, 2009, and that a report should be available by February 20, 2009.

1

3.

The Assistant United States Attorney has no objection to the continuance of this case.

4.

A continuance would be in the interest of justice.

WHEREFORE, the Defendant's Motion for Continuance is granted. Any delay occasioned by this Order shall be deemed excludable delay pursuant to Title 18, United States Code, Section 3161(h) of the Speedy Trial Act.

**SO ORDERED**, this the  7th  day of January, 2009

<u>s/Hugh Lawson</u>
**HUGH LAWSON, Judge**

dhc