# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | **Criminal Action No.** |
| | : | **1:08-CR-1 (HL)** |
| WEYMAN HARRIS, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |

## ORDER

Before the Court is Defendant's Motion to Withdraw Guilty Plea (Doc. 105). Counsel for Defendant, Charles E. Peeler, filed a Notice of Intent to Maintain Guilty Plea (Doc. 102) informing the Court that Defendant no longer wishes to withdraw his guilty plea; accordingly, the Defendant's Motion to Withdraw Guilty Plea is moot and the clerk is directed to dismiss it.

SO ORDERED, this the 9th day of September, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**

lmc